# Court of Appeals
# of the State of Georgia

ATLANTA,  December 16, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0881. EDWARD BOLIN v. GEORGIA PREMIUM ROOFING, INC.

Edward Bolin filed a notice of appeal in this action, and the appeal was docketed on November 25, 2025. As set forth in Court of Appeals Rule 23 (a), an appellant must file a brief within 20 days after the appeal is docketed. Therefore, Bolin's brief was due no later than December 15, 2025. Bolin, however, who is proceeding pro se, has neither filed a brief nor requested an extension of time in which to do so. Because Bolin has not filed a timely brief in this case, we hereby DISMISS his appeal. See Court of Appeals Rules 13, 16 (b), 23 (a).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  12/16/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.